# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cr 67

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JESUS PLASENCIA.** | ) | |
| _____ | ) | |

This matter is before the Court following a contempt hearing held on June 11, 2018. Defendant, who was not in custody, was scheduled for his plea hearing at 9:00 AM on June 11, 2018. At 9:00 AM, Defendant was not present. Eventually, Defendant arrived, twenty-three minutes late. The Court inquired as to why Defendant was late. Defendant stated he lives fifteen minutes away from the courthouse. Defendant waited until 8:45 AM to leave his home. Defendant got caught in traffic.

The Court will not tolerate such behavior because it not only inconveniences the undersigned but it inconveniences everyone involved for the day—attorneys, defendants, court security, U.S. Marshals, probation officers, and the courtroom deputy.

The Court found Defendant in contempt and sentenced him to detainment by the U.S. Marshals Service until 3:00 PM on June 11, 2018. The Court now enters an Order memorializing the Court's previous oral order.

## ORDER

The Court finds Defendant in contempt for conducting himself in a way that obstructed the administration of justice. The conduct for which the Court found Defendant in contempt was arriving late to a scheduled hearing with no adequate reason or excuse.

The Court **ORDERS** Defendant be detained by the U.S. Marshals Service until 3:00 PM on June 11, 2018, for that conduct.

Signed: June 12, 2018

Dennis L. Howell
United States Magistrate Judge